# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Securities and Exchange Commission,        Case No. 06-CV-1213 (PAM/JSM)

                Plaintiff,

v.                                         **ORDER EXTENDING DEADLINE FOR BRAWTA ACCOUNTING**

Sherwin P. Brown, Jamerica Financial, Inc.,
and Brawta Ventures, LLC,

                Defendants.

Pursuant to the parties' Joint Motion (doc. no. 17),

**IT IS HEREBY ORDERED THAT:**

1.    The deadline for the sworn accounting by Defendant Brawta Ventures, LLC, as required pursuant to Section III of the Temporary Restraining Order filed on March 29, 2006, is hereby extended to Tuesday, April 18, 2006.

Dated: April __13__, 2006

                                      BY THE COURT:

                                      s/Paul A. Magnuson
                                      Paul A. Magnuson
                                      Judge of United States District Court