UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Securities and Exchange Commission, | Civil No. 06-1213 (PAM/JSM) |
| Plaintiff, | |
| v. | **ORDER** |
| Sherwin P. Brown, Jamerica Financial, Inc., and Brawta Ventures LLC, | |
| Defendants. | |

This matter is before the Court on Defendant Sherwin P. Brown's Motion for Leave to Pay Legal Fees. The Court grants the Motion in part. Defendant Brown may borrow $12,700 from his spouse. He may also borrow money on an unsecured basis from third parties who are not Jamerica clients or Brawta investors. Finally, he may liquidate $20,000 from his 401(k) account. Accordingly, **IT IS HEREBY ORDERED** that Defendant Brown's Motion for Leave to Pay Legal Fees (Docket No. 134) is **GRANTED** as set forth above.

Dated: May 25, 2007

s/ Paul A. Magnuson
Paul A. Magnuson
United States District Court Judge