UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Securities and Exchange Commission,                    Civil No. 06-1213 (JRT/FLN)

                               Plaintiff,

        v.                                             **REPORT AND**
                                                       **RECOMMENDATION**

Sherwin P. Brown, Jamerica Financial, Inc.,
and Brawta Ventures, LLC,

                               Defendants.

_____

                    Charles J. Kerstetter for Plaintiff.
                      Sherwin P. Brown, *Pro Se*.
                    Timothy J. Pramas, for Receiver.

_____

        **THIS MATTER** came before the undersigned United States Magistrate Judge on Plaintiff's

Stipulation of Dismissal for All Claims Asserted Against Brawta Ventures, LLC [#412]. The matter

was referred to the undersigned for Report and Recommendation pursuant to 28 U.S.C. § 636 and

Local Rule 72.1.

        Based upon Plaintiff and Receiver's joint stipulation of dismissal for all claims asserted

against Brawta Ventures, LLC [#412], **IT IS HEREBY RECOMMENDED** that all claims against

Brawta Ventures, LLC be **DISMISSED with prejudice**.


DATED: November 4, 2009                    s/ *Franklin L. Noel*
                                           FRANKLIN L. NOEL
                                           United States Magistrate Judge


Pursuant to the Local Rules, any party may object to this Report and Recommendation by filing with
the Clerk of Court and serving on all parties, on or before **November 18, 2009**, written objections
which specifically identify the portions of the proposed findings or recommendations to which
objection is being made, and a brief in support thereof. A party may respond to the objecting party's
brief within ten days after service thereof.  All briefs filed under the rules shall be limited to 3,500

words. A judge shall make a de novo determination of those portions to which objection is made.

This Report and Recommendation does not constitute an order or judgment of the District Court, and it is, therefore, not appealable to the Circuit Court of Appeals.