**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

_____

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Civil No. 06-1213 (JRT/FLN) |
| Plaintiff, | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| v. | |
| SHERWIN P. BROWN, JAMERICA FINANCIAL, INC., AND BRAWTA VENTURES, LLC, | |
| Defendants. | |

_____

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Franklin L. Noel dated November 5, 2009 [Docket No. 433]. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

**IT IS HEREBY ORDERED** that all claims against Brawta Ventures, LLC are hereby **DISMISSED WITH PREJUDICE**, each party to bear its own costs.

DATED: November 25, 2009
at Minneapolis, Minnesota.

                                                          s/ John R. Tunheim
                                                           JOHN R. TUNHEIM
                                                      United States District Judge