# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Civil No. 06-1213 (JRT/FLN) |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| SHERWIN P. BROWN, *et al.,* | |
| Defendants. | |

_____

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Franklin L. Noel dated June 5, 2011 [Docket No. 496]. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein, **IT IS HEREBY ORDERED** that:

Receiver Nauni Manty's Motion for Approval of Asset Distribution Plan and for Discharge of the Receiver [Docket No. 488] is **GRANTED**.

The following assets of the receivership are distributed to the below identified Brawta investors and creditors in the following amounts:

| **INVESTOR NAME** | **DISTRIBUTION ($)** |
|---|---|
| Steven J. Kohler | 170.48 |
| David W. Eisen | 903.88 |
| Lisa Kisch | 170.48 |

| | |
|---|---|
| Dean Volkert | 542.32 |
| Daniel A. Linell | 542.32 |
| Mary E. Huss | 340.98 |
| Robert J. Pickett | 340.98 |
| Robert J. Fredericks | 340.99 |
| Linda Hacker | 170.49 |
| Lillian Derevitsky | 1,205.00 |
| Rodney Swanson | 542.33 |
| Wayne F. Haag | 1,813.94 |
| James & Sandra Talbot | 1,084.67 |
| Steven E. Pickhartz | 723.11 |
| Michele R. Hostager | 340.99 |
| Sigmund & Ila Schneibel | 340.99 |
| Carolyn Maher | 340.99 |
| Gary M. Timm | 170.49 |
| William J. Scaramuzzo | 903.89 |
| Aarron M. Reinert | 361.55 |
| Anthony Sandoval | 903.89 |
| Janice E. Koshak | 903.89 |
| R. Lee Mauk | 723.11 |
| William & Diane Bennis | 170.49 |
| Richard & Karen Carey | 382.13 |
| Bernard & Mary Lou Larson | 382.13 |
| Patrick Murphy | 191.06 |
| James R. Stickler | 340.99 |
| Diana Hyland Weber | 170.49 |
| Kevin P. Noel | 1,169.91 |
| Sheryl & Donald Smith | 681.97 |
| Carol Schaaf | 722.59 |
| Kathryn S. Paurus | 360.15 |
| Jeremy S. Springer | 340.99 |
| Nancy L. Springer | 382.13 |
| Thomas E. Krantz | 170.49 |
| Allen R. Wirth | 542.33 |
| George Rozenkowski | 903.89 |
| Ralph L. Karner | 903.89 |
| Kenneth L. Sturm | 542.33 |
| Kenneth G. Lorentz | 426.24 |
| Alain M. Pensini | 542.33 |
| Duane & Mary Ducklow | 361.55 |
| Kathleen T. Burkard | 170.49 |
| Gary Brewer | 170.49 |
| Edward Urban | 170.49 |

| | |
|---|---|
| Anthony C. Jordan | 637.86 |
| Vivian VonDeLinde | 573.18 |
| Patrick O. Harvey | 340.99 |
| Roy L. Estes | 255.74 |
| Andrew C. Jurewicz | 255.74 |
| Jerry G. Johnson | 1,807.77 |
| Barbara Dudakiw | 255.74 |
| Nawrocki, Rooney & Sievertson, P.A. | 291.70 |

Receiver is authorized to distribute $40,114.36 to Felhaber, Larson, Fenlon & Vogt, P.A.

Receiver is authorized to distribute $54,673.64 to Manty & Associates, P.A.

Receiver is authorized to distribute $1,500.00 to DS&B, Ltd.

Receiver is discharged from her duty in this case as Receiver for the Brawta investors upon completion of the above distributions.

IT IS FURTHER **ORDERED** that:

i. The Court's Agreed Order of Preliminary Injunction and Asset Freeze dated April 14, 2006 [Docket No. 19] is lifted only with respect to any funds in the Jamerica Financial Inc. 401(k) account number xxxxx669 and American Funds Service Company account number xxxxx69. [*See also* Docket No. 164.]

ii. Mr. Brown no longer is required to notify the SEC or Receiver about his plans for future foreign travel as previously ordered. [*See* Docket No. 10 at 10; Docket No. 19 at 9; Docket No. 164 at 10.]

DATED: June 23, 2011
at Minneapolis, Minnesota.

                  s/ John R. Tunheim
                   JOHN R. TUNHEIM
                  United States District Judge